IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Lorin Kal Buckner, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:17cv302 |
| vs. | : |
| | : Judge Susan J. Dlott |
| JP Morgan, Chase, | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 5, 2017 a Report and Recommendation (Doc. 5). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 9).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion for a temporary restraining order and injunctive relief (Doc. 2) is DENIED.

IT IS SO ORDERED.

            ___s/Susan J. Dlott_____
            Judge Susan J. Dlott
            United States District Court